# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| C.J., a minor by and through his next friend JANICE BRADY, and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>TRUMAN MEDICAL CENTER, INC., )<br><br>Defendant. ) | )<br>)<br>)<br>)<br>)<br>)<br>) No. 4:20-CV-00261-DGK<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that because this Court does not have federal question jurisdiction over this action, it is DISMISSED without prejudice.


June 25, 2020                                         Paige Wymore-Wynn
Dated                                                     Clerk of Court

June 25, 2020                                         /s/ Tracy Strodtman
Entered                                                  (by) Deputy Clerk